1108

No. 82–1743.   MOONEY v. LOUISIANA.   Sup. Ct. La. Certiorari denied.

No. 82–1753.   HUSTLER MAGAZINE, INC., ET AL. v. EASTMAN KODAK CO.   C. A. 9th Cir.   Certiorari denied.

No. 82–1791.   MONT v. UNITED STATES; and
No. 82–6696.   THOMAS v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.   Reported below: 702 F. 2d 351.

No. 82–1796.   SIMPSON v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 82–1801.   PEREZ v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 82–1813.   IMPROTO v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 82–1819.   ARDT v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 82–5683.   WILLIAMS v. TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 82–6052.   MADDICKS v. NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 82–6163.   ADAMS v. WAINWRIGHT, SECRETARY, DEPARTMENT OF CORRECTIONS.   Sup. Ct. Fla.   Certiorari denied.

No. 82–6241.   SHUMAN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–6250.   MEDINA-MARTINEZ v. UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 82–6321.   ALEXANDER v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.